**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

               Plaintiffs,

-against-

ANKER TECHNOLOGY CORPORATION
               Defendant.

Case No. 1:19-cv-01427-GHW
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           April 30, 2019

                          Respectfully submitted,

                          */s/ Joseph H. Mizrahi*
                          Cohen & Mizrahi LLP
                          *Attorneys for Plaintiff*